UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
08-22138-CIV-MORENO

JOE HAND PRODUCTIONS, INC.,

    Plaintiff,

vs.

CHRISTOPHER M. LINGENFELSER and CJ'S
CRAB SHACK, LLC d/b/a CJ'S CRAB SHACK,

    Defendants.
_____/



### DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has noted the proof of services on Defendants CHRISTOPHER M. LINGENFELSER and CJ'S CRAB SHACK, LLC d/b/a CJ'S CRAB SHACK in the Court file, dated **July 30, 2008.** Furthermore, it appears that Defendants have failed to answer or otherwise respond to the complaint. Therefore, it is

**ADJUDGED** that Judgment is hereby entered in favor of Plaintiff JOE HAND PRODUCTIONS and against Defendants CHRISTOPHER M. LINGENFELSER and CJ'S CRAB SHACK, LLC d/b/a CJ'S CRAB SHACK. It is further

**ADJUDGED** that Counsel for Plaintiff shall file an affidavit with the court as to the amount due from Defendants, or any other relief sought, by **September 24, 2008.** This case is closed, and all pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of September, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to: Counsel and Parties of Record